No. 66442.—Eric Wedemyer, Inc., et al. *v.* United States, protests 59/6909, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of vacuum brush cleaners similar in all material respects to those the subject of *Bruce Duncan Company, a/c Sims-Worms* v. *United States* (45 Cust. Ct. 85, C.D. 2202), the claim of the plaintiffs was sustained.